UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

       ARS REI USA CORP,
       d/b/a UNOde50,

                                      Debtor.
-----------------------------------------------------------X

Chapter 11
Case No. 20-11937(MG)

**ORDER GRANTING EXPEDITED MOTION OF DEBTOR FOR THE ENTRY OF AN ORDER (A) SCHEDULING AN EXPEDITED HEARING ON AND SHORTENING THE NOTICE PERIOD FOR THE FIRST DAY MOTIONS FILED BY THE DEBTOR AND (B) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Upon the motion (the "Motion") of the debtor and debtor in possession (the "Debtor") in the above-captioned case for entry of an order (this "Order"): (i) scheduling an expedited hearing on and shortening the notice period for the first day motions filed by the Debtor (as listed below, collectively, the "First Day Motions"); (ii) considering entry of orders for relief on shortened and limited notice thereof to certain creditors and parties in interest, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York, dated January 31, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. §157(b); and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing

before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtor's request for an expedited hearing on August 21, 2020, at 11:00 a.m. (EDT) is granted. The hearing will take place by telephone using CourtSolutions (See General Order m-543).

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: **August 20, 2020**
      New York, New York

                                            **/s/Martin Glenn**
                                      THE HONORABLE MARTIN GLENN
                                      UNITED STATES BANKRUTCY JUDGE